IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILEY ZACHARY CARROLL**                                                                             **PLAINTIFF**

**VS.**                                                                                **CIVIL ACTION NO. 4:05CV53LS**

**A. ANDERSON, UNKNOWN NICK**
**and UNKNOWN GREENLEAF**                                                              **DEFENDANTS**

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about January 19, 2007, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge James C. Sumner entered on or about January 19, 200, be, and the same is hereby, adopted as the finding of this Court, and the Defendants' Motion for Partial Summary Judgment is hereby **granted**.

IT IS SO ORDERED, this the 30th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE