IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILEY ZACHARY CARROLL, #71373                                              PLAINTIFF

V                                        CIVIL ACTION NUMBER  4:05CV053-TSL-JCS

WARDEN CARTER;
OFFICER A. ANDERSON;
OFFICER NICK; AND
OFFICER GREENLEAF                                                         DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL**
**WITH PREJUDICE**

This cause comes before the Court on the oral motion of the Plaintiff to dismiss this case with prejudice based upon the amicable resolution of the case, and the Court being informed that the Defendants have no objection to the Motion, finds that it is well-taken and should be granted. It is therefore

ORDERED that this case be, and is hereby, dismissed with prejudice.

SO ORDERED, this the 19th day of February, 2008.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/Wiley Z. Carroll, 71373
Wiley Zachary Carroll, #71373
The Plaintiff

/s/Lee Thaggard
Lee Thaggard     (MSB #9442) of
BOURDEAUX & JONES, LLP
P. O. Box 2009
Meridian, MS 39302-2009
(601) 693-2393
Attorneys for Defendants