### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**WILEY ZACHARY CARROLL**                                            **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 4:05cv53 TSL-LRA**

**A. ANDERSON, ET AL.**                                            **DEFENDANTS**

---

### O R D E R

This cause came on this date to be heard upon the report and recommendation of the

United States magistrate judge, and the court, having fully reviewed the report and

recommendation of the United States magistrate judge entered in this cause on or about October

12, 2010,  and being duly advised in the premises, finds that said report and recommendation

should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States

Magistrate Linda R. Anderson entered on October 12, 2010, be, and the same is hereby, adopted

as the finding of this court.  Plaintiff's motions to enforce settlement (ECF Nos. 87 and 91) are

hereby denied.

SO ORDERED, this 3rd   day of November, 2010.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE